IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MARY MOORE, | : |
| Plaintiff, | : |
| v. | : CASE NO.: 7:25-CV-00003 (WLS) |
| CODY D. CRAMLET, RW TIMMS LEASING, and WESTERN FLYER EXPRESS, LLC, | : |
| Defendants. | : |

## ORDER

On January 6, 2025, Defendants removed the above-captioned action from the State Court of Lowndes County, Georgia, to this Court. (Doc. 1). The complaint filed in State Court on behalf of Plaintiff reflects that J. Lindsey Corbin, of the firm Farah and Farah, 12016 Abercorn Street, Savannah, Georgia, is counsel for Plaintiff. (See Doc. 1-2 at 10). On January 7, 2025, the Clerk of Court issued a notice to Ms. Corbin that she does not meet the Court's required attorney admission policy. (*See* Unnumbered Docket Entry dated January 7, 2025). The notice required Ms. Corbin to comply with the Court's required attorney admissions policies within fourteen days of the notice, including the payment of Pro Hac Vice or admissions fees. When Ms. Corbin failed to comply with the Clerk's notice, a second notice was issued to Ms. Corbin on January 28, 2025. (*See* Unnumbered Docket Entry dated January 28, 2025). To date, Ms. Corbin has not complied with the Clerk's notice.

Accordingly, it is **ORDERED** that J. Lindsey Corbin, Counsel for Plaintiff, shall immediately comply with the admission Rules of this Court **within seven (7) days** of the entry of this Order, or **by no later than Thursday, February 20, 2025.**

**SO ORDERED**, this 13th day of February 2025.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1