**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | |
|---|---|
| MARY K. MOORE,<br><br>Plaintiff,<br>v.<br><br>CODY D. CRAMLET, *et al.*,<br><br>Defendants. | Case No.: 7:25-CV-00003-WLS |

## ORDER

On October 1, 2026, Plaintiff Cody D. Cramlet and Defendants RW Timms Leasing, Inc., ("RW Timms") and Western Flyer Express, LLC, filed a motion for partial summary judgment. (Doc. 20.) But on November 13, 2026, the parties filed a joint stipulation resolving the issues raised in the motion for partial summary judgment and dismissing RW Timms as a party. (Doc. 23 ¶¶ 1, 8.) In accordance with the stipulation, the motion for partial summary judgment, (Doc. 20), is **DENIED as moot**, and Moore's claims against Defendant RW Timms Leasing are **DISMISSED with prejudice**.

**SO ORDERED**, this 17th day of November, 2026.

**/s/ W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**